

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2020

No. 04-20-00435-CR

**EX PARTE JORGE ALBERTO SANDOVAL**

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018-CRF-000651-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Appellant's unopposed motion to extend time to file the appellant's brief is granted. We order the appellant's brief due November 12, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court